USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 3/31/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 719 PENSION TRUST FUND, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

-against-

CONSECO INC., WILLIAM KIRSCH, EUGENE BULLIS, MICHAEL DUBES, JAMES HOHMANN, JIM PRIEUR, EDWARD BONACH, and JOHN WELLS,

Defendants.
----------------------------------------------------------X

09 **CIVIL** 6966 (JGK)

**JUDGMENT**

Defendants having moved to dismiss the Complaint pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on March 29, 2011, having rendered its Opinion and Order granting defendants' motion to dismiss and dismissing the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2011, defendants' motion to dismiss is granted and the case is dismissed.

**Dated:** New York, New York
March 31, 2011

**RUBY J. KRAJICK**

______________________
**Clerk of Court**

**BY:** ______________________
**Deputy Clerk**